JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE OROZCO<br><br>    Plaintiff,<br><br>vs.<br><br><br>PRINCESS CRUISE LINES, LTD., SHAUN MARK COPPIN, M.D., RAUBINA KAUSER, R.N., and DOES 1-10,<br><br>    Defendants. | Case No.: 8:20-cv-02326 JVS (JDEx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge: James V. Selna<br>Magistrate: John D. Early |

# ORDER

Based on the parties' Joint Stipulation of Dismissal with Prejuduce, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;
2. Each party to bear its own costs; and

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
Hon. James V. Selna
United States District Court Judge